# EXHIBIT E

 **Gmail**  richard siwica <rsiwica@gmail.com>

## HERE/737 and WDW, Pay Issue (Cinderella's Royal Table) FMCS#16-51987-3. Further Email from Arbitrator Grubb.

**Kitty Grubb** <Kgrubblaw24@aol.com>  Mon, Oct 9, 2017 at 9:33 AM
To: Aaron Zandy <azandy@fordharrison.com>, "Siwica, Esq.- Richard P." <rsiwica@eganlev.com>

Counsel:

Regrettably, residents of my County and I still continue to experience just *almost unfathomable delays* in the restoration and continuation/stability of many services. Thus, I wanted to provide you the ultimate "nutshell" ruling, with a Decision to later-follow. Didn't want you nor your respective clients to have to wait further to learn the ultimate answer.

My ruling is that the Union did not carry its burden of proof, and thus, the Grievance is denied. Per Jt. Ex. 1 (the CBA), p. 2., the Employer's Article 5, Section 1. *"Management Rights"* includes in relevant portion the rights

> to discontinue conduct of its business or operations in whole or in part; to institute technological changes, including but not limited to, work automation processes and otherwise to take such measures as Management may determine to be necessary to the orderly, sufficient, and economical operation of the business.

There will be of course a formal Decision to follow.

Further, there will be no billing to the parties from me, either, for the Hearing, the Decision, nor any related costs. Your respective client's and your patience and understanding have been and are *most appreciated* by me throughout this period.

Thank you for allowing me to share this email.

Continuing regards,

Kitty Grubb
FMCS Arbitrator

Sent from my iPhone

On Sep 19, 2017, at 5:56 PM, Aaron Zandy <azandy@fordharrison.com> wrote:

> Absolutely. Warmest regards, Aaron



**Aaron L. Zandy** - Attorney at Law, SPHR, SHRM-SCP

*Board Certified Specialist, Labor & Employment Law*

 Ius Laboris USA Global HR Lawyers
**FordHarrison**

300 South Orange Avenue, Suite 1300 | Orlando, FL 32801
azandy@fordharrison.com | P: 407-418-2304 | C: 407-716-4462



**LTC4 Certified Legal Professional** | *FHPromise*

**From:** rsiwica@gmail.com [mailto:rsiwica@gmail.com] **On Behalf Of** richard siwica
**Sent:** Tuesday, September 19, 2017 1:17 PM
**To:** Kitty Grubb <Kgrubblaw24@aol.com>
**Cc:** Aaron Zandy <azandy@fordharrison.com>; Siwica, Esq.- Richard P. <rsiwica@eganlev.com>
**Subject:** Re: HERE/737 and WDW, Pay Issue (Cinderella's Royal Table) FMCS#16-51987-3. Email from Arbitrator Grubb.

Thanks for the update. I'm sure I join Aaron in saying, thank goodness we all made it through safe and sound.

Best,

-----
**Rich Siwica**
**Egan, Lev, Lindstrom & Siwica, P.A.**
231 East Colonial Ave
Orlando FL
Tel. (407) 422-1400
Fax. (407) 422-3658

**NOTICE:** This electronic message transmission contains information which is confidential, attorney-client privileged and/or attorney work product. The information is intended solely for the recipient, and use by any other party is not authorized. If you are not the intended recipient, you are hereby on notice that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this electronic mail transmission in error, please delete it and any attachments from your system without copying, forwarding or distributing it, any attachments, or any other information contained therein, and notify please notify me of the error by reply e-mail, or by calling so that we may take appropriate action.

On Tue, Sep 19, 2017 at 12:56 PM, Kitty Grubb <Kgrubblaw24@aol.com> wrote:

> Just a brief email, sharing an update:
>
> I returned to FL, but my immediate family is in SC.
>
> Here in Seminole, FL, I came home to find some hurricane-caused damage; I live only 3 blocks on my house's South-side from Boca Ciega Bay/Gulf of Mexico, and further live directly literally besides a rather-large retention-pond. I was lucky not to have even more damage.
>
> I have *no* (0) Internet, Wifi, nor cable, either.
>
> And my electricity, while now-on, is spotty too. The same for my cell-phone service, but it's been a somewhat more consistent/stable service than any other, to-date.
>
> I would try to use friends' or neighbors' equipment, Internet, etc., but they are all in the same plight, if not a worse situation.

I hope to return to being operational soon, and also hoping necessary services will likewise cooperate, especially my Internet server.

From reading my iPhone, I was glad and heartened to learn that Orlando and your respective clients were largely spared Hurricane- Irma's devastation.

Thank you for allowing me to share this brief update.

Continuing regards,

Kitty Grubb

FMCS Arbitrator

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*
The information contained in this message from Ford & Harrison LLP and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments. In the absence of an executed engagement letter or fee contract, no attorney client relationship is established by this communication.

Filing # 67108656 E-Filed 01/26/2018 03:19:34 PM

IN THE CIRCUIT COURT FOR THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY FLORIDA

UNITE HERE, LOCAL 737, AFL-CIO,

    Plaintiff,

and                                                Case No.: 2018-CA-000262-A

WALT DISNEY PARKS AND RESORTS,

    Defendant.
_____/

# SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

        **Margaret Giacalone**
        **Walt Disney Parks and Resorts**
        **1375 East Buena Vista Drive, 4th Floor North**
        **Lake Buena Vista, FL 32830**

    Defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney, **Richard Siwica, Egan, Lev, Lindstrom & Siwica, P.A., Post Office Box 2231, Orlando, Florida 32802; telephone number (407) 422-1400**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If the defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

                                      Tiffany Moore Russell, Clerk of the Circuit Court
                                      /s Tesha Greene
                                      2018.02.02 08:47:37 -05'00'
                                      Deputy Clerk

## NOTICE TO PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact court Administration at 425 North Orange Avenue, Room 2130, Orlando, Florida 32801. Telephone (407) 336-2303 within 2 working days of your receipt of this document: if you are hearing or voice impaired, call 1-800-955-8771.

                                                    Civil Division
                                                   425 N. Orange Avenue
                                                   Room 310

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property my thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or a photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente, Tiene veinte (20) dias, contados a Partir del recibo de esta notificacion, para contestar las demanda adjunto, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogado, puede llamar a una de las oficinas de asistenacia legal que aparencen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado de Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifts a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees isi, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos beins peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d' assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, fair parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.